Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff, (Cal. Bar No. 156,731)
Email: SSereboff@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiffs White Cap Construction Supply, Inc, and HD Supply Construction Supply, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| White Cap Construction Supply, Inc. and HD Supply Construction Supply, Ltd., <br><br>  Plaintiffs, <br><br> v. <br><br> Todd Esrey, <br><br> Defendant. | Case No. <br><br> Administrative Motion to Consider Whether Cases Should be Related <br> Civil L.R. 7-11. |

Plaintiffs White Cap Construction Supply, Inc. and HD Supply Construction Supply, Ltd. file this administrative motion to notify the court that this suit is related to *Simpson Strong-Tie Company Inc. v. Esrey*, 4:04-cv-04608-CW.

Defendant is the same in both suits. Copies of the complaint (Exhibit 1) and the Court's docket sheet (Exhibit 2) are attached. In the *Simpson* case, Simpson alleged that Esrey cypersquatted. Despite plaintiff having registered trademarks for "Simpson Strong-Tie" and other marks, Esrey registered the Internet domain names simpsonstrongtie.com, simpsonstrong-tie.com, strong-tie.com and strong-wall.com with domain name registrar Network Solutions, Inc. In this case, plaintiffs' allegations against the same defendant are almost the same although the marks are different. Plaintiffs own federal trademark registrations for "White Cap," and Esrey again cypersquatted. Now, he registered whitecap.com with Network Solutions and refuses to transfer the registration to plaintiffs.

---

Administrative Motion to Consider Whether Cases Should be Related                1

Simpson filed its complaint on October 29, 2004, and served Esrey on November 11. Esrey failed to answer, and Simpson moved to enter default on January 6, 2005. Simpson next moved for a default judgment of February 17 and set a hearing for April 6. The court referred the hearing on the default judgment Magistrate Judge Zimmerman. Following several hearings, Magistrate Judge Zimmerman issued a report and recommendations on August 5. On September 19, the court entered the default judgment requiring Esrey to transfer the domain name to plaintiff and awarding statutory damages under the anti-cybersquatting statute. The relief that the court granted to Simpson is the same relief that plaintiffs request in this suit.

Thus, both Judge Wilkins and Magistrate Judge Zimmerman are familiar with defendant Esrey cybersquatting other company's domain names and the relief the court can grant to abate such acts.

June 25, 2007

*Michael Harris* (signature)

Michael D. Harris
SoCal IP Law Group LLP
Attorney for Plaintiffs White Cap Construction Supply, Inc. and HD Supply Construction Supply, Ltd.