UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHITE CAP CONSTRUCTION SUPPLY

    Plaintiff(s),

  v.

TODD ESREY

    Defendant(s).
_____/

No. 07-03429 JL

NOTICE OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for October 3, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to November 7, 2007 @ 10:30 a.m..

Dated: September 26, 2007

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE