**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC, ET AL., | No. C 07-3429 JL |
| Plaintiffs, | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |
| v. | |
| TODD ESREY, | |
| Defendant. _____/ | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____        _____
                                                                    Signature


                                                                    Counsel for _____
                                                                    _____

REQUEST                                                    1