Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff, (Cal. Bar No. 156,731)
Email: ssereboff@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
Email: ksarvaiya@socalip.com
**SoCal IP Law Group LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiffs White Cap Construction Supply, Inc, and HD Supply Construction Supply, Ltd.

**United States District Court**

**Northern District of California**

| | |
|---|---|
| White Cap Construction Supply, Inc, et al.,<br>    Plaintiffs,<br>        v.<br>Todd Esrey<br>    Defendant. | Case No. 3:07-cv-03429-JL<br><br>Voluntary Dismissal Without Prejudice<br>[Fed. R. Civ. P. 41(a)] |

Plaintiffs dismiss this action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a).

No defendant has appeared.

October 19, 2007        /s Michael Harris
                        Michael D. Harris
                        SoCal IP Law Group LLP
                        Attorney for Plaintiffs White Cap Construction Supply, Inc. and HD Supply Construction Supply, Ltd.

**Proof of Service**

Because no defendant has appeared, no proof of service is required.

October 19, 2007        /s Michael Harris
                        Michael D. Harris